■ REVONA REALTY CORP., Respondent, v. MORTON WASSERMAN, Appellant. — Decision handed down April 23, 1959 (*ante*, p. 666), amended to read as follows: Motion for reargument denied. Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ FLORA A. WILKINSON, as Administratrix of the Estate of WALTER M. WILKINSON, Deceased, Appellant, v. PHILLIP T. DUNCKEL, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 20, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of STEVE SUTERA, Respondent, against BENJAMIN HOROWITZ, Appellant, and COLUMBIA SILVER COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before May 19, 1959 and is ready for argument at the June Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of SYDNEY GROSSMAN, Judgment Creditor, against HUDSON VALLEY HOSTELRIES, INC., Judgment Debtors.— Motion by judgment debtors-appellants Matthews and Larios to stay certain proceedings supplementary to execution pending the hearing and determination of the appeal. Motion granted to the extent that the taking of the testimony of movants and of witnesses served with third-party subpoenas relating to the assets of movants or either of them be stayed pending such determination; and motion in all other respects denied, without costs. Any of the respondents may apply to vacate the order to be entered hereon in the event appellants shall not perfect the appeal and be ready for argument in the first week of the June 1959 Term. Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ., concur.